IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| Alan Washer ) | No. 14-45150 |
| ) | |
| Debtor(s). ) | |

## NOTICE OF MOTION

TO:

Patrick Layng, United States Trustee (by electronic notice)

All Creditors on the attached Creditor Service List were served by First Class US Mail.

PLEASE TAKE NOTICE that on August 31, 2013 at 10:30 am, at 219 S. Dearborn, Chicago, IL, 60604, in Courtroom 744, the Bankruptcy Court will hold a hearing to consider Debtor's **Motion for Entry of Final Decree**.

/s/Ben Schneider
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 4950 Madison St., Skokie, IL, 60077, on August 8, 2016 except that the trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ Ben Schneider
Ben Schneider

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| Alan Washer ) | No. 14-45150 |
| ) | |
| Debtor(s). ) | |

### MOTION FOR ENTRY OF FINAL DECREE

Now comes the Debtor, DITTO TRANSPORT, LLC, by and through its Attorneys, SCHNEIDER & STONE, ("Attorney"), for its **Motion for Entry of Final Decree.** In support it states as follows:

1. The Debtor's Plan of Reorganization was confirmed on June 2, 2014.

2. The Debtor has begun making its scheduled monthly distributions as required by the Plan.

3. The Debtor has substantially consummated its Plan of Reorganization because:

    a. The Debtor's Plan of Reorganization does not require property to be transferred;

    b. The Debtor has assumed substantially all of the property dealt with by the Plan; and

    c. The Debtor has commenced distribution under the Plan.

WHEREFORE, the Debtor, Alan Washer, asks this Court to:

1. Consider the Debtor's Plan of Reorganization substantially consummated;

2. Grant the Debtor's **Motion for Entry of Final Decree**;

3. Order any and all other relief that it deems fair and equitable under the circumstances; and

4. Close the bankruptcy case.

Respectfully Submitted
Alan Washer


___/s/Ben Schneider___
One of its Attorneys

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
Office: 847-933-0300
Fax: 847-676-2676
ARDC #6295667