**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| Alan Washer ) | |
| ) | No. 14-45150 |
| ) | |
| Debtor(s). ) | |

## CREDITOR SERVICE LIST

The following creditors and parties in interest were served with the Debtor's **Motion for Entry of Final Decree** electronically through ECF on August 8, 2016:

Patrick S Layng, US Trustee Region 11

The following is a list of the all creditors and parties in interest that were served with the Debtor's **Motion for Entry of Final Decree** via First Class U.S. Mail on August 10, 2016 at the addresses listed below:

```
American Express
PO Box 0001
Los Angeles, CA 90096-8000

Bayview Loan Servicing
Shannon Clemmons
5000 Plano Parkway
Carrollton, TX 75010

Chase
Attn: Bankruptcy Department
PO Box 100018
Kennesaw, GA 30156

Citibank Sd, Na
Citi Corp Credit Services/Attn:Centraliz
7920 Nw 110th St
Kansas City, MO 64195

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
```

Jac Financial, LLC
Johnson, Blumberg, & Associates
230 W. Monroe St., 1125
Chicago, IL 60606

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Lora Fausset
568 Pennsylvania Ave.
Glen Ellyn, IL 60137

M & T Bank
Attn: Bankruptcy
1100 Wehrle Dr 2nd Floor
Williamsville, NY 14221

Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601

Wagner Trust
5540 Preston Rd.
Dallas, TX 75205

/s/Ben Schneider
Counsel for the Debtor