UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ALAN WASHER<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   14-45150<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Timothy A. Barnes<br>SELECT IF OUTLYING AREA |

## Order Administratively Closing Chapter 11 Case

This matter coming before the Court on the Debtor in Possession's Motion for Final Decree, it is hereby ordered that:

1. The Chapter 11 case is administratively closed.
2. The Court will retain jurisdiction to hear all matters as specified in the confirmed Plan.
3. The Debtor may move to reopen this case for purposes of receiving a discharge when all Plan payments have been completed or the Debtor otherwise qualifies for a discharge under 11 U.S.C. Section 1141(d)(5).
4. The effective date of this order shall be August 31, 2016.

Enter:

*Jacqueline P. Cox*
J. Cox

United States Bankruptcy Judge

Dated: **28 SEP 2016**

**Prepared by:**
Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

Rev: 20120501_bko